UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Sealed

United States District Court
Southern District of Texas
**ENTERED**
July 09, 2018
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: 4:08 cr 763 |
| v. § | **SEALED** |
| § | |
| SAMIR RAFIC KHOURY § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

SAMIR RAFIC KHOURY
Beirut, Lebanon

☐ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on 11-24, 20 08.

UNITED STATES MAGISTRATE JUDGE